GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW D. DOYLE
Assistant U.S. Attorney
Arizona State Bar No. 036235
Two Renaissance Square
40 N Central Avenue, Suite 1800
Phoenix, Arizona
Telephone: 602-514-7500
Email: Matthew.Doyle@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Aug 29 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Thomas Cain Alvarez,<br><br>  Defendant. | No. CR-24-01438-PHX-SMB-01<br><br>**STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES** |

    The United States of America, through undersigned counsel, and the defendant, Thomas Cain Alvarez, do hereby stipulate and agree as follows:

    (1)    Kevin Lopez-Quiroz, Jaime Gomez-Silva, and Pedro Said Hernandez-Hernadez (hereafter the "Material Witnesses") are not citizens or nationals of the United States;

    (2)    The Material Witnesses entered the United States illegally on or about August 19, 2024, and were unlawfully present in the United States on August 20, 2024;

    (3)    On August 20, 2024, the Material Witnesses were located at a residence;

    (4)    The defendant has been provided discovery in the above-captioned matter Bates stamped 1 through 258;

    (5)    The parties may elicit hearsay testimony from government witnesses regarding any statements made by the above-referenced material witnesses contained in

the discovery provided to the defendant, and such testimony shall be admitted as substantive evidence in any hearing or trial in the above-captioned matter;

(6) As a result of this stipulation, the Material Witnesses will be returned to their country of origin; and

(7) The parties agree the Material Witnesses will be unavailable at trial under Rule 804 of the Federal Rules of Evidence, and the defendant waives all rights to confront or cross-examine the Material Witnesses.

Based on the foregoing, the parties jointly move for the release of the above-named Material Witnesses to the Department of Homeland Security for return to their countries of origin.

Dated this 29th day of August, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW D. DOYLE
Assistant U.S. Attorney

LOYD TATE
Attorney for Defendant

THOMAS CAIN ALVAREZ
Defendant